UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Warren Keith Henness,

    Petitioner,

        v.                          Case No. 2:14cv2580

Warden, Chillicothe Correctional
Institution,                         Judge Michael R. Barrett

    Respondent.

## **ORDER**

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on April 6, 2018 (Doc. 62).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 62) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, there is no jurisdiction to consider the merits of the Petition (Doc. 1) without the permission of the circuit court. Accordingly, the Petition (Doc. 1) is **DISMISSED** without prejudice for lack of jurisdiction.

Any request for certificate of appealability or request to certify an appeal would not be taken in good faith and would be denied.

**IT IS SO ORDERED.**

*s/Michael R. Barrett*
Michael R. Barrett
United States District Judge